Mark A. Nadeau (Arizona Bar No. 011280)
mark.nadeau@dlapiper.com
Kate E. Frenzinger (Arizona Bar No. 023100)
kate.frenzinger@dlapiper.com
DLA Piper LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016 4232
480.606.5100 (telephone)
480.606.5101 (facsimile)

Jeffrey Goldfarb (admitted *pro hac vice*)
jeffrey.goldfarb@dlapiper.com
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas  75201
214.743.4500 (telephone)
972.813.6278 (facsimile)

Attorneys for Plaintiff
La Quinta Worldwide, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| LA QUINTA WORLDWIDE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Q.R.T.M., S.A. de C.V.,<br><br>Defendant. | No. CIV-09-00175-TUC-RCC<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR REFERRAL TO MAGISTRATE** |

Plaintiff La Quinta Worldwide, LLC ("La Quinta" or "Plaintiff") files this Response in Opposition to the Motion for Referral to Magistrate filed by Defendant Q.R.T.M., S.A. de C.V. ("QR" or "Defendant").

La Quinta opposes QR's request for an order of referral of this matter to a

Magistrate Judge for purposes of conducting a settlement conference. The parties have already engaged in settlement discussions and have reached an impasse. The parties' prior settlement efforts resulted in delay as well as increased costs. Nothing has happened to materially change the parties' positions since their last settlement meeting. The relief requested by QR will only result in further costs and delay. As set forth in the parties' joint report, La Quinta recognizes the value of settlement discussions and efforts as a general matter, but a formal settlement conference is premature at this time.

Therefore, Plaintiff La Quinta Worldwide, LLC respectfully requests that the Court deny Defendant's Motion for Referral to Magistrate, without prejudice, and award Plaintiff such other relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 29th day of October, 2009.

/s/ Kate E. Frenzinger
Mark A. Nadeau
mark.nadeau@dlapiper.com
Kate E. Frenzinger
kate.frenzinger@dlapiper.com
DLA Piper LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
480.606.5100 (telephone)
480.606.5101 (facsimile)

Jeffrey Goldfarb (admitted *pro hac vice*)
jeffrey.goldfarb@dlapiper.com
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas  75201
214.743.4500 (telephone)
972.813.6278 (facsimile)

**ATTORNEYS FOR PLAINTIFF
LA QUINTA WORLDWIDE, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served on all parties of record via the Court's electronic case filing (ECF) system on this 29th of October, 2009.

                                                /s/ Brooke C. Campbell
                                                   Brooke C. Campbell