Mark A. Nadeau (Arizona Bar No. 011280)
mark.nadeau@dlapiper.com
Kate E. Frenzinger (Arizona Bar No. 023100)
kate.frenzinger@dlapiper.com
Allison L. Kierman (Arizona Bar No. 024414)
Allison.kierman@dlapiper.com
DLA Piper LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016 4232
480.606.5100 (telephone)
480.606.5101 (facsimile)

Jeffrey Goldfarb (admitted *pro hac vice*)
jeffrey.goldfarb@dlapiper.com
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas  75201
214.743.4500 (telephone)
972.813.6278 (facsimile)

Attorneys for Plaintiff
La Quinta Worldwide, LLC

Timothy J. Franks (#013532)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
TFranks@perkinscoie.com
Telephone:  602.351.8000
Facsimile:  602.648.7000

Frank J. Colucci (admitted *pro hac vice*)
Richard P. Jacobson (admitted *pro hac vice*)
COLUCCI & UMANS
218 East 50th Street
New York, New York  10022-6018
FColucci@Colucci-Umans.com
RJacobson@Colucci-Umans.com
Tel: 212.935.5700
Facsimile: 212-935-5728

Attorneys for Defendant
Q.R.T.M., S.A. de C.V.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## TUCSON DIVISION

| | |
|---|---|
| La Quinta Worldwide, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>Q.R.T.M., S.A. de C.V.,<br><br>              Defendant. | CASE NO.  CIV-09-175-TUC-RCC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Plaintiff La Quinta Worldwide, LLC ("Plaintiff" or "La Quinta") and Defendant

Q.R.T.M., S.A. de C.V. ("Defendant" or "Quinta Real") hereby submit this Joint

Settlement Status Report pursuant to this Court's August 21, 2009 Scheduling Order [Dkt. No. 20], and state as follows:

**I.     Plaintiff's statement:**

Plaintiff and Defendant have engaged in settlement negotiations in an effort to resolve the above-referenced matter.  These efforts have included a formal face-to-face meeting of principals of the parties and counsel in Dallas, Texas, as well as subsequent discussions, during which time the entire subject matter of the parties' disputes were addressed.  To date, these efforts have been unsuccessful.  If circumstances warrant following the conclusion of discovery, Plaintiff intends to continue its settlement discussions with Defendant on an informal basis.  At this time, Plaintiff does not believe it is productive for the parties to attend a mediation or settlement conference.

**II.    Defendant's statement:**

The parties have not engaged in settlement discussions since they broke down last September.  On October 13, 2009, Quinta Real filed a motion for a referral to a magistrate for a settlement conference.  La Quinta opposed the motion.  The motion is fully briefed, and parties await the Court's ruling.

Respectfully submitted this 8th day of January 2010.

1

2

3    By: _/s/___Jeffrey Goldfarb_____       By: _/s/___Jeffrey Goldfarb_____
     Mark A. Nadeau (AZ Bar No. 011280)        Timothy J. Franks (#013532)
4    mark.nadeau@dlapiper.com                   PERKINS COIE BROWN & BAIN P.A.
     Kate E. Frenzinger (AZ Bar No. 023100)     2901 North Central Avenue, Suite 2000
5    kate.frenzinger@dlapiper.com               Phoenix, Arizona  85012-2788
     Allison L. Kierman
6    Allison.kierman@dlapiper.com               TFranks@perkinscoie.com
     DLA Piper LLP (US)                         Telephone:  602.351.8000
7    2525 East Camelback Road, Suite 1000       Facsimile:  602.648.7000
     Phoenix, Arizona 85016-4232
8    Tel:  480.606.5100
     Fax:  480.606.5101                         Frank J. Colucci (admitted *pro hac vice*)
9                                               Richard P. Jacobson (admitted *pro hac vice*)
     Jeffrey Goldfarb (admitted *pro hac vice*)  COLUCCI & UMANS
10   jeff.goldfarb@dlapiper.com                 218 East 50th Street
     DLA PIPER LLP (US)                         New York, New York  10022-6018
11   1717 Main Street, Suite 4600               FColucci@Colucci-Umans.com
     Dallas, Texas  75201                       RJacobson@Colucci-Umans.com
12   Tel:  214.743.4500                         Tel: 212.935.5700
     Fax:  972.813.6278                         Facsimile: 212-935-5728
13
     Attorneys for Plaintiff
14                                              Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmitted a copy of such filing to:

Timothy J. Franks (#013532)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
TFranks@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

Frank J. Colucci (admitted *pro hac vice*)
Richard P. Jacobson (admitted *pro hac vice*)
COLUCCI & UMANS
218 East 50th Street
New York, New York  10022-6018
FColucci@Colucci-Umans.com
RJacobson@Colucci-Umans.com
Attorneys for Defendant Q.R.T.M., S.A. de C.V.

/s/     Brooke C. Campbell