| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| MARK A. NADEAU<br>DLA PIPER<br>2415 EAST CAMELBACK<br>SUITE 700<br>PHOENIX, AZ 85016<br>*Telephone No:* 480.606.5100 | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*
239351-000025

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

*Plaintiff:* LA QUINTA WORLDWIDE, LLC

*Defendant:* Q.R.T.M., S.A. de C.V.

| **AFFIDAVIT OF SERVICE SUBPOENA TO TESTIFY AT** | *Hearing Date:*<br>Mon, May. 24, 2010 | *Time:*<br>10:00AM | *Dept/Div:* | *Case Number:*<br>CIV-09-00175-TUC-RCC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION OR TO PRODUCE DOCUMENTS IN A CIVIL

*3.  a. Party served:*
   *b. Person served:*

THE GADSDEN COMPANY
ADAM WEINSTEIN AS PERSON DESIGNATED TO ACCEPT SERVICE FOR THE GADSDEN COMPANY, WHITE MALE, 37 YEARS OF AGE, 5'8", 165 LBS BROWN HAIR, GLASSES

*4. Address where the party was served:*

127 W. FRANKLIN ST.
TUCSON, AZ 85701

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 10, 2010 (2) at: 4:21PM
   *b. I received this subpena for service on:*   Monday, May 10, 2010

*6. Witness fees were not demanded or paid.*

*7. Person Who Served Papers:*
   a. MIKE  SLACK
   b. **FIRST LEGAL SUPPORT SERVICES**
     2601 N. 3RD STREET
     STE 108
     PHOENIX, AZ 85004
   c.

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

5-12-10

*(Date)*                   *(Signature)*

OFFICIAL SEAL
RENEE E. ELLIOTT
NOTARY PUBLIC - State of Arizona
PINAL COUNTY
My Comm Expires May 4, 2012

*8.  SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires _____
*(Date)*



AFFIDAVIT OF SERVICE
SUBPOENA TO TESTIFY AT

*(Notary Public))*   379091.26063.288730