IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LA QUINTA WORLDWIDE, LLC, | No. CV-09-175-TUC-RCC |
| Plaintiff-Counterdefentant, | **ORDER SETTING ORAL ARGUMENT** |
| vs. | |
| Q.R.T.M., S.A. de C.V., | |
| Defendant-Counterclaimant. | |

Pending before the Court is Defendant's Motion for Summary Judgment (Doc. 65) and Plaintiff's Motion for Summary Judgment (Doc. 67). Oral argument has been requested, and all appropriate responses and replies have been filed. Accordingly,

**IT IS HEREBY ORDERED** that oral arguments on the aforementioned motion shall be held on **Tuesday, January 18, 2011 at 1:30 pm**. Oral arguments will be held in front of the Honorable Raner Collins, in Courtroom #5B located at the Evo A. DeConcini United States Courthouse, 405 W. Congress St. Tucson, Arizona 85701.

DATED this 5th day of October, 2010.

Raner C. Collins
United States District Judge