IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| La Quinta Worldwide, LLC,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>vs.<br><br>Q.R.T.M, S.A. de C.V.,<br><br>　　　　Defendant-Counterclaimant. | No. CV 09-175-TUC-RCC<br><br>**AMENDED ORDER SETTING ORAL ARGUMENT** |

The Court previously set oral argument regarding Defendant's Motion to for Summary Judgment and Plaintiff's Motion for Summary Judgement on January 18, 2011 at 1:30 p.m. A conflict has arisen on the Court's calendar. Accordingly,

**IT IS ORDERED** that oral arguments on the aforementioned motion shall be held on **Monday, January 24, 2011 at 2:30 p.m.** Oral arguments will be held in front of the Honorable Raner Collins in Courtroom #5B at the Evo A. DeConcini United States Courthouse, 405 W. Congress St., Tucson, Arizona 85701.

DATED this 20th day of December, 2010.

_Raner C. Collins_
Raner C. Collins
United States District Judge