*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

LA QUINTA WORLDWIDE, LLC.
PLAINTIFF

V.

Q.R.T.M., S.A. de C.V.
DEFENDANT

WITNESS LIST

CASE NUMBER: CR-09-175-TUC-RCC

| PRESIDING JUDGE<br>RANER C. COLLINS | COURTROOM DEPUTY<br>MAUREEN GORSKI | COURT REPORTER<br>ERICA GRUND |
|---|---|---|
| COURT TRIAL DATES<br>3/13/2012; 3/14/2012 | PLAINTIFF ATTORNEY(S)<br>JOSEPH GIOCONDA<br>JONATHAN MALKI | DEFENDANT ATTORNEY(S)<br>FRANK COLUCCI<br>RICHARD JACOBSON<br>JANICE YOON |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X |   | 3/13/2012 | 3/13/2012 | RAJIV TRIVEDI |   |
|   |   |   |   |   |   |
|   | X | 3/13/2012 | 3/13/2012<br>3/14/2012 | FRANCISCO MARTINEZ HERMOSILLO |   |
|   | X | 3/14/2012 | 3/14/2012 | JOSE ANTONIO ALONSO ESPINOSA |   |