# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| La Quinta Worldwide LLC, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV 09-00175-RCC |
| ) | |
| v. ) | |
| ) | |
| Q.R.T.M. SA de CV, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for the Plaintiff La Quinta Worldwide LLC and against Defendant Q.R.T.M. SA de CV. This action is dismissed with prejudice.

JUDGMENT ENTERED this 29th day of March, 2012.

BRIAN D. KARTH<br>
District Court Executive/Clerk<br><br>
s/Geoffrey Pfau<br>
By: Deputy Clerk