IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| LA QUINTA WORLDWIDE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Q.R.T.M., S.A. de C.V.,<br><br>    Defendant. | No. CIV-09-00175-TUC-RCC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Q.R.T.M., S.A. de C.V., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 29th day of March, 2012.

Dated: New York, New York
      April 26, 2012

                                        Respectfully submitted,

                                        **COLUCCI & UMANS**

                                        By: s/ Frank J. Colucci
                                            Frank J. Colucci (admitted pro hac vice)
                                            Richard P. Jacobson (admitted pro hac vice)
                                            218 East 50th Street
                                            New York, New York 10022
                                            Telephone: 212-935-5700
                                            Fax: 212-935-5728
                                            Email: email@colucci-umans.com

                                        **ATTORNEYS FOR DEFENDANT**
                                        **Q.R.T.M., S.A. de C.V.**

-2-

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

☒   I hereby certify that on April 26, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing by which service was effectuated on all counsel of record that are registered with the CM/ECF System.

<u>s/ Richard P. Jacobson</u>